# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5257

Writer's e-mail
jchylinski@seyfarth.com

February 16, 2010

**VIA ECF**

Honorable Jose L. Linares
United States District Court Judge
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: **Solis v. Raceway Petroleum, et. al.;**
    **Civil Action Docket Number 06 - 3363 (JLL)(CCC)**

Dear Judge Linares:

This firm is counsel to Defendants Raceway Petroleum, Inc. et. al. ("Raceway") in the above-referenced matter. We write on behalf of all parties to seek a short extension, until February 22, 2010, to file the parties' trial briefs and to deliver to Your Honor's Chambers the jointly agreed to proposed jury charges and verdict forms and a numbered list of all exhibits with a brief description of each exhibit and any objections thereto.

Your Honor's Corrected Order dated December 4, 2009 [Docket No. 120] provides that the jointly agreed to proposed jury charges and a single numbered list of all exhibits must be submitted to the Court on February 19, 2010. The parties' trial briefs are currently due today, February 16, 2010, as per the Final Pre-Trial Order [Docket No. 86].

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

NY1 26610081.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK



Honorable Jose L. Linares
February 16, 2010
Page 2

Thank you for Your Honor's consideration of this joint request.

        Respectfully submitted,

        SEYFARTH SHAW LLP

By:    /s/
        Peter A. Walker
        Christopher Lowe
        Jeremi L. Chylinski

620 Eighth Avenue
New York, New York 10018
(212) 218-5500

*Attorneys for Defendants*

U.S. DEPARTMENT OF LABOR

By:    /s/
        Chaya Mandelbaum
        Terrence Duncan
        Molly K. Biklen

201 Varick Street
New York, New York 10014
(646) 264-3687

*Attorneys for Plaintiff*

SO ORDERED: [signature]
DATED: 2/16/10

