

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
212-218-5257

Writer's e-mail
jchylinski@seyfarth.com

March 22, 2010

**VIA ECF**

Honorable Jose L. Linares
United States District Court Judge
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re: Solis v. Raceway Petroleum, et. al.;
       Civil Action Docket Number 06 - 3363 (JLL)(CCC)

Dear Judge Linares:

  This firm is counsel to Defendants Raceway Petroleum, Inc. et. al. ("Raceway") in the above-referenced matter. We write to seek Your Honor's permission to remove from the Court on March 23, 2010, or at another time more convenient for Your Honor, a television monitor and approximately fifteen boxes containing complete sets of Plaintiff's and Raceway's trial exhibits. We appreciate Your Honor's consideration of this request.

          Respectfully submitted,

          SEYFARTH SHAW LLP

          Jeremi Chylinski

cc: Chaya Mandelbaum, Esq. via ECF

SO ORDERED:
DATED: 3/22/2010

12186095v.1